# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRIONI SHELLEY AND CYNTHIA JAMES,** <br> Plaintiffs, <br><br> v. <br><br> **NATIONWIDE INSURANCE COMPANY,** <br> Defendant. | CIVIL ACTION <br><br><br> NO. 24-4329 |

## O R D E R

**AND NOW**, this 31st day of January, 2025, upon consideration of Defendant Nationwide Insurance Company's Motion for Summary Judgment (ECF No. 14), as well as all responses and replies thereto (ECF Nos. 15, 16), it is **HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

S/ WENDY BEETLESTONE

---
**WENDY BEETLESTONE, J.**